The People *ex rel.* De Elvin Chatman, Relator-Appellant, *v.* John J. Twomey, Warden, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 58570; ▮▮▮▮▮▮▮

First District (4th Division)—November 28, 1973.

Opinion by Mr. PRESIDING JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago (J. Powers McGuire, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for appellee.